IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| Kansas City Cement Masons Pension Fund et. al <br><br>　　　　Plaintiffs, <br><br> Parrish & Sons Construction, LLC, <br><br>　　　　Defendant. | Case No: 23-cv-00303-SRB |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Before the Court is a Stipulation for Dismissal With Prejudice. (Doc. #6.) Upon review, the dismissal is GRANTED. It is hereby ORDERED that this case is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

October 11, 2023　　　　　　　　　　　　　　　　Paige Wymore-Wynn
Date　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sara Borneman
　　　　　　　　　　　　　　　　　　　　　　　　 (by) Deputy Clerk